AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF RI

UNITED STATES OF AMERICA

V.

Felipe Arias

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:08 MJ 06 A

I, Felipe Arias, charged in a (complaint) (petition) pending in this District with felon in possession of firearm in violation of Title 18, U.S.C., 922(g)(1),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Felipe Arias
*Defendant*

1-11-08
*Date*

Mary S. McElroy
*Counsel for Defendant*