1431579

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
JAN 0 8 2008

# United States District Court

DISTRICT OF District of Rhode Island RHODE ISLAND

UNITED STATES OF AMERICA

V.

FELIPE ARIAS

## WARRANT FOR ARREST

CASE NUMBER: 1:08-MJ-06A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest FELIPE ARIAS
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
felon in possession of a firearm

in violation of Title 18 United States Code, Section(s) §922(g)(1)

| | |
|---|---|
| Lincoln D. Almond | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | January 8 2008, Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ____ by ____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Bristol Cty House of Correction

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/08/08 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 01/11/08 | | |

This form was electronically produced by Elite Federal Forms, Inc.