IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR-08-02T |
| v. | : | Cr.No. |
| | : | In Violation of |
| FELIPE ARIAS<br>a/k/a Angel Deleon | : | 18 U.S.C. § 922(g)(1) |

INDICTMENT

The Grand Jury Charges:

That on or about November 27, 2007, in the District of Rhode Island, the defendant, FELIPE ARIAS aka Angel Deleon, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess, in and affecting commerce, a firearm to wit: a Lorcin model L380 pistol with an obliterated serial number.

In violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Zachariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN DAMBRUCH
Criminal Chief

January 16, 2008
DATE