UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. No. 08-02T |
| FELIPE ARIAS | : | |

MOTION TO CONTINUE EMPANELMENT

NOW COMES the defendant, Felipe Arias, and through counsel, moves this Honorable Court to continue empanelment and trial in this matter for an additional thirty (30) days in order to allow the defendant to complete his investigation and determine what motions may be filed. The government, through AUSA Zechariah Chafee, indicates no objection to this motion.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(8). Should the court require additional information defense counsel would request a conference in this matter.

Respectfully submitted
Felipe Arias
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA on the 3rd day of March 2008

/s/ Mary S. McElroy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. No. 08-02T |
| FELIPE ARIAS | : | |

MEMORANDUM IN SUPPORT OF
MOTION TO CONTINUE EMPANELMENT

NOW COMES the defendant, Felipe Arias, and through counsel, moves this Honorable Court to continue empanelment and trial in this matter for an additional thirty (30) days in order to allow the defendant to complete his investigation and determine what motions may be filed. Mr. Arias speaks Spanish and the additional time is needed to effectively discuss this matter with counsel. The government, through AUSA Zechariah Chafee, indicates no objection to this motion.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(8). Should the court require additional information defense counsel would request a conference in this matter.

Respectfully submitted

Felipe Arias
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA on the 3rd day of March 2008

/s/ Mary S. McElroy