UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. No. 08-02T |
| FELIPE ARIAS | : | |

## MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS

NOW COMES the defendant, Felipe Arias, and through counsel, moves this Honorable Court to extend time for him to file pretrial motions for an additional (30). In support of this motion the defendant incorporates the attached memorandum. The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(8).

The government, through AUSA Zechariah Chafee, indicates no objection to this motion.

Respectfully submitted
Felipe Arias
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA on the 4th day of March 2008

/s/ Mary S. McElroy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. No. 08-02T |
| FELIPE ARIAS | : | |

MEMORANDUM IN SUPPORT OF
MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS

NOW COMES the defendant, Felipe Arias, and through counsel, moves this Honorable Court to extend the time for filing pretrial motions for an additional thirty (30) days. Defense counsel needs the additional time complete her investigation and determine what motions may be filed. Mr. Arias speaks Spanish and the additional time is needed to effectively discuss this matter with counsel. The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(8).

The government, through AUSA Zechariah Chafee, indicates no objection to this motion.

Respectfully submitted
Felipe Arias
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA on the 4th day of March 2008

/s/ Mary S. McElroy