UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

          v.                                  CR No.  08-02T

FELIPE ARIAS

**ORDER**

    Upon motion of the defendant to continue the trial presently scheduled for April 23rd, 2008, and with no objection by the government, and my having found that the ends of justice are served by the granting of such continuance and that they outweigh the best interests of the public and the defendant in a speedy trial, in that it will allow the parties to conduct the discovery and pretrial investigation required to fairly and adequately adjudicate this case, it is hereby

ORDERED

that the trial date in the case entitled, <u>United States v. Felipe Arias</u> CR No. 08-02T, is vacated, the case will be scheduled for impanelment on May 20th, 2008 and the time from the date of this order through May 20th, 2008, is excludable under 18 U.S.C. §§ 3161(h)(7) and (8)(A).

                                      By Order

                                      _____
                                      Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge
Date: 3/19, 2008